⊗AO 245B (Rev. 12/11) Judgment in a Criminal Petty Case
Sheet 1

FILED

AUG 0 1 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| IVAN RICARDO MELENDEZ-RUIZ (1) | Case Number: 18MJ9418-JLS |
| | Mayra L. Garcia |
| | Defendant's Attorney |

REGISTRATION NO. 89997008

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) 1 of the Complaint

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 8 USC 1325 | Illegal Entry (Misdemeanor) | 1 |

The defendant is sentenced as provided in this judgment.

☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.

☑ IT IS ADJUDGED that

the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
TIME SERVED

☐ The defendant has been found not guilty on count(s) _____

☐ Assessment: $ 5

☒ Fine waived   ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JULY 20, 2018
Date of Imposition of Sentence

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

18MJ9418-JLS